IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| M AND J II MARKET GO<br><br>           Plaintiff,<br><br>v.<br><br>CITY OF PHILADELPHIA,<br><br>CITY OF PHILADELPHIA<br>DEPARTMENT OF PUBLIC HEALTH,<br><br>CITY OF PHILADELPHIA<br>BOARD OF LICENSES AND<br>INSPECTIONS,<br><br>           Defendants. | CIVIL ACTION<br>NO._____<br><br><br><br>FORMERLY<br>PHILADELPHIA COUNTY<br>COURT OF COMMON PLEAS<br>TRIAL DIVISION-CIVIL<br><br>JANUARY TERM 2026<br><br>NO. 03558 |

## NOTICE OF REMOVAL

**To the Honorable Judges of the United States District Court for the Eastern District of Pennsylvania.**

Pursuant to 28 U.S.C. §1441, Defendants the City of Philadelphia, the City of Philadelphia Department of Public Health, and the City of Philadelphia Board of Licenses and Inspections (hereinafter "Petitioner" or the "City")[1] through their counsel, Dominique Holly, Assistant City Solicitor, respectfully petitions for the removal of this action to the United States District Court for the Eastern District of Pennsylvania. In support thereof, Defendants state the following:

1. On January 27, 2026, Plaintiff initiated this action by filing a Complaint, docketed as No. 260103558, naming as defendants City of Philadelphia, the City of Philadelphia Department of Health, and the City of Philadelphia Board of Licenses and Inspections. (Exhibit A).[2]

2. Plaintiff brings claims related to code violation notices for underage tobacco sales that were

---

[1] Pursuant to 53 P.S. Section 16257, operating departments of the City of Philadelphia are not separate legal entities and as such are not amenable to suit. Therefore, the Department of Public Health, and Board of Licenses and Inspections will respond as the City of Philadelphia.

[2] On January 27, 2026, Plaintiff also filed a Petition for Preliminary Injunction which is attached as **Exhibit B**. The Court of Common Pleas has not scheduled a hearing related to the Petition.

issued to Plaintiff by the City. Among other claims, Plaintiff alleges the City violated Plaintiff's rights under the Commerce Clause of the US Constitution.

3. This action may be removed to this Court pursuant to 28 U.S.C. § 1441(c)(1)(a) since Plaintiff's Complaint contains allegations of violations of the Plaintiff's rights under the US Constitution. (Exhibit A).

**Wherefore,** Petitioner the City of Philadelphia respectfully requests that the captioned action be removed to the United States District Court for the Eastern District of Pennsylvania.

    Respectfully submitted,
    Dominique Holly
    Assistant City Solicitor

    /s/ Dominique Holly
    **Dominique Holly**
    **Assistant City Solicitor**
    **Attorney I.D. No. 335009**
    City of Philadelphia Law Department
    1515 Arch Street, 15th Floor
    Philadelphia, PA  19102
    215-683-5044

Date:  February 23, 2026

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| M AND J II MARKET GO | : CIVIL ACTION |
| | : NO._____ |
| Plaintiff, | : |
| | : |
| v. | : FORMERLY |
| | : PHILADELPHIA COUNTY |
| CITY OF PHILADELPHIA, | : COURT OF COMMON PLEAS |
| | : TRIAL DIVISION-CIVIL |
| CITY OF PHILADELPHIA | : |
| DEPARTMENT OF PUBLIC HEALTH, | : JANUARY TERM 2026 |
| | : |
| CITY OF PHILADELPHIA | : NO. 03558 |
| BOARD OF LICENSES AND | |
| INSPECTION, | |
| Defendants. | |

## CERTIFICATE OF SERVICE

I, Dominique Holly, Assistant City Solicitor, do hereby certify that a true and correct copy of the attached Notice of Removal has been served upon the following by First Class Mail, postpaid, and email, on the date indicated below:

TO: Donald Bermudez, Esq.

100 South Broad Street
Unit 705
Philadelphia, PA 19102
901marketstreet@gmail.com

 /s/ Dominique Holly
**Dominique Holly**
**Assistant City Solicitor**
**Attorney I.D. No. 335009**
City of Philadelphia Law Department
1515 Arch Street, 15th Floor
Philadelphia, PA  19102
215-683-5044

Date:  February 23, 2026