# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

M AND J MARKET II GO : CIVIL ACTION
:
     v. : NO. 26-1161
:
CITY OF PHILADELPHIA, CITY OF :
PHILADELPHIA DEPARTMENT OF :
PUBLIC HEALTH, CITY OF :
PHILADELPHIA BOARD OF :
LICENSES AND INSPECTIONS :

## ORDER

AND NOW, this 26th day of March 2026, upon noting the response to defendants' motion to dismiss (DI 4) is overdue, it is ORDERED plaintiff shall show cause why the case should not be dismissed for failure to prosecute no later than April 1, 2026.

_____
MURPHY, J.